**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

**UNITED CAPITAL EXPERTS, LLC;**
*as Assignee of United First, LLC,*

                       Plaintiff,

      ~ *versus* ~

**JOT CARGO, INC.**, *and*
**NAVJOTSINGH GHUMAN**,
,

                   Defendants,

Case No. **1:26-cv-02719**

**NOTICE OF REMOVAL**

---

**TO THE HONORABLE CHIEF JUDGE;**
**THE CLERK OF THE COURT;**
**AND THE DISTRICT JUDGES OF THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK:**

      **PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446; Local Civil Rule 81.1 and all other relevant provisions of federal law and practices of this Court, the Defendants: (i.) **JOT CARGO, INC.**; (ii.) **NAVJOTSINGH GHUMAN** (referred to collectively in this Notice of Removal as the "**Defendants**" where appropriate) do (without consenting that service of process was proper and without waiver of any claim or defense) hereby respectfully Remove this action, which had been pending before the Supreme Court of the State of New York in and for the County of Kings, and docketed with the Kings County Clerk under Index No. 513986/2026.

      As grounds for Removal, the Defendants respectfully state as follows:

**A.     Procedural Background and
Compliance with Requirements for Removal under 28 U.S.C. § 1446**

1.      This action was commenced before the Supreme Court of the State of New York in and for the County of Kings by the docketing on April 17, 2026, of a Summons and Complaint (State Docket – NYSCEF Doc. No. 1) with Exhibits (NYSCEF Doc. Nos. 2-4).  A complete, true and accurate copy of the Summons and Complaint with Exhibits (NYSCEF Doc. Nos. 1-4) is annexed as **Exhibit A** and incorporated in this Notice of Removal in full.

2.      Pursuant to 28 U.S.C. § 1446(a) annexed as Exhibits to this Notice of Removal are all other "process, pleadings, and orders" in this action as follows, namely:

(a.)    A purported Affidavit of Service of Process on Defendants by U.S.P.S. mail (NYSCEF Doc. No. 5) annexed as **Exhibit B** and incorporated in this Notice of Removal in full.

(b.)    A pro se Answer filed by the Defendants (NYSCEF Doc. No. 6) annexed as **Exhibit C** and incorporated in this Notice of Removal in full.

(c.)    An Affidavit of Service of the Answer (NYSCEF Doc. No. 7) annexed as Exhibit D and incorporated in this Notice of Removal in full.

3.      This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(1) because it is filed within thirty (30) days after the purported receipt by the Defendants of a copy of the initial pleading setting for the claim for relief upon which this action is based.

4.      All Defendants who have been properly joined and allegedly served, join in and consent to the filing of this Notice of Removal.

5.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be promptly filed with the Clerk of the Supreme Court of the State of New York in and for the County of Kings.  A copy of the unfiled Notice of Filing is annexed as **Exhibit E**, which will be filed upon the filing of this document.

### B.      This Court has Diversity Jurisdiction

6.      For the reasons shown below, this Honorable Court has original jurisdiction over this action pursuant to § 1332(a) and therefore this case is removable to this Court pursuant to 28 U.S.C. § 1441(a).

*Plaintiff's Citizenship in*
*New York and/or Other States, but not in*

7.      For diversity purposes, "the citizenship of a limited liability company is determined by the citizenship of each of its members".  Carter v. HealthPort Techs., LLC, 822 F.3d 47, n. 16 (2d Cir. 2016) *citing* Bayerische Landesbank v. Aladdin Capital Mgmt. LLC, 692 F.3d 42, 49 (2d Cir. 2012); Handelsman v. Bedford Associates Limited Partnership, 213 F.3d 48, 51-52 (2d Cir. 2000).

8.      Upon information and belief, all Members of Plaintiff United Capital Experts, LLC, and to the extent any Member is an LLC, all Members of such LLC(s) are residents of and citizens of New York and/or other States, and not citizens of the State of California.

*Defendants' Citizenship in California*

9.      Defendant Navjotsingh Ghuman is resident at and a citizen of the State of California and not of any other State.

10.     The Jot Cargo, Inc. is resident at and a citizen of the State of California and not of any other State.

### *Complete Diversity*

11.     As shown above, the Plaintiff is a citizen of New York and/or other States and not a citizen of California.

12.     Each Defendant is a citizen of California, or of any other State where the Plaintiff has citizenship.

13.     Therefore there is complete diversity between the Parties.

### *Amount in Dispute*

14.     The Summons with Notice in this case seeks a Judgment against the Defendants in the amount of one hundred and sixty-two thousand, two hundred and seventy-three United States dollars and thirty-seven cents ($162,273.37), *See* **Exhibit A**.

## C.     Local Civil Rule 81.1

15.     In compliance with Local Civil Rule 81.1. we note:

(1.)     The only individual named as a Party is Defendant Navjotsingh Ghuman, who resides, is domiciled at and a citizen of the State of California;

(2.)     With respect to the Defendant Jot Cargo, Inc., it is a corporation organized under the law of and resident at the State of California.

(3.)     With respect to Plaintiff United Capital Experts, LLC, the Defendants believe and upon that basis allege that all of their Members reside, are domiciled and are citizens of the State of

New York and/or other States, but not of the State of California;[1]

(4.) The Affidavit of Service (NYSCEF Doc. No. 5) alleges that mailings were dispatched to the Defendants on April 17, 2026.[2]

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Complaint alleges that the Plaintiff is suing "as assignee of United First, LLC". The documentary evidence submitted as Exhibit C of the Complaint purports that the claim at issue in this Complaint was assigned on the eve of filing suit. Without admitting that the assignment was proper, the Defendants believe and, on that basis, allege that all Members of United First, LLC are resident at the State of New York and/or other state(s) but not citizens of the State of California.

[2] As indicated in the 9th Affirmative Defense of the pro se Answer (NYSCEF Doc. No. 6), the Defendants do not admit that service of process was proper.

**WHEREFORE,** pursuant to 28 U.S.C. §§ 1332, 1441, and 1446; Local Civil Rule 81.1 and all other relevant provisions of federal law and practices of this Court, the Defendants respectfully submit that this action should proceed in its entirety before this Honorable Court as an action having properly and timely been Removed.

**Dated: May 6, 2026**

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
Fax: (212) 859-7307
bg@gottesmanlegal.com
*Counsel for All Defendants*