Case 1:26-cv-02719   Document 1-2   Filed 05/06/26   Page 1 of 2 PageID #: 50

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**

-------------------------------------------x

UNITED CAPITAL EXPERTS, LLC,
 as assignee of United First, LLC,

Index No. 513986/2026

           Plaintiff,

-against-

**AFFIDAVIT OF SERVICE**

JOT CARGO INC. and
NAVJOTSINGH GHUMAN,

           Defendants.

-------------------------------------------x-

STATE OF NEW YORK    )
                         ) SS.
COUNTY OF QUEENS    )

    **DAHIANNA RAVE,** after being first duly sworn, hereby affirms the following to be true under the penalties of perjury under the laws of the State of New York:

    1.      I am a Paralegal at United Capital Experts, LLC, the Plaintiff in this action, and over eighteen (18) years of age.  I am not a party to this action. The following statements are true and are based upon personal knowledge and review of the documents referenced herein.

    2.      The Agreement for Purchase and Sale of Future Receipts ("Agreement") on which this action is based that is attached to the Summons and Complaint as Exhibit A provides for service of process by mailing the Summons and Complaint via first class mail at the addresses listed on the Agreement.

    3.      Defendants expressly agreed in the Agreement to service of process via first class mail at the addresses listed on the Agreement and "that the mailing by United States Postal Service ("USPS") first class mail at the address(es) listed on the Agreement for the seller(s) and guarantor(s), of any process required by any such court will constitute valid and lawful service of

Case 1:26-cv-02719 Document 1-2 Filed 05/06/26 Page 2 of 2 PageID #: 51

process against them, without the necessity for service by any other means provided by statute or rule of court, but without invalidating service performed in accordance with such other provisions." *See* Exhibit A to Complaint, ¶21.

4. On April 17, 2026, I served the Summons, Complaint, Exhibits to the Complaint and the Notice Regarding Electronic Filing upon Defendant JOT CARGO INC., via first class mail through the United States Postal Service to the address listed on the Agreement, JOT CARGO INC. as follows:

> JOT CARGO INC.
> 2510 WITTKOP WAY , APT 43
> Sacramento, CA 95825

5. On April 17, 2026, I also served the Summons, Complaint, Exhibits to the Complaint and the Notice Regarding Electronic Filing upon Defendant NAVJOTSINGH GHUMAN, via first class mail through the United States Postal Service as follows:

> NAVJOTSINGH GHUMAN
> 6810 DI LUSSO DR, APT 1145
> SACRAMENTO, CA 95758

**FURTHER AFFIANT SAYETH NOT**

_____
DAHIANNA RAVE

Subscribed and sworn to before me
this 20 day of April, 2026

_____
Notary Public

JIYA MINHAS
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in
Queens County
01MI0046062
MY COMMISSION EXPIRES 1/28/2030