Case 1:26-cv-02719    Document 1-3    Filed 05/06/26    Page 1 of 2 PageID #: 52

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF KINGS

UNITED CAPITAL EXPERTS, LLC,

Plaintiff,

-against-

JOT CARGO INC. and NAVJOTSINGH GHUMAN,

Defendants.

Index No.: 513986/2026

ANSWER TO COMPLAINT

Defendants JOT CARGO INC. and NAVJOTSINGH GHUMAN, appearing pro se, answer as follows:

GENERAL DENIAL:

Defendants deny each and every allegation except those expressly admitted.

AFFIRMATIVE DEFENSES:

1. Failure to state a claim.

2. Payment / partial performance (over $140,000 paid).

3. Failure to reconcile payments per agreement.

4. Unconscionable terms.

5. Disguised loan / usury.

6. Unenforceable penalties.

7. Failure to mitigate damages.

8. Lack of standing.

9. Improper service.

10. Breach of good faith.

WHEREFORE:

Defendants request dismissal of the complaint and any further relief deemed appropriate.

Dated: 4/24/2026

INDEX NO. 513986/2026
Case 1:26-cv-02719    Document 1-3    Filed 05/06/26    Page 2 of 2 PageID #: 53
RECEIVED NYSCEF: 04/24/2026

Navjotsingh Ghuman

JOT Cargo Inc.

2510 Wittkop Way Apt 43

Sacramento, CA 95825