Case 1:26-cv-02719    Document 1-4    Filed 05/06/26    Page 1 of 2 PageID #: 54

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF KINGS

UNITED CAPITAL EXPERTS, LLC,

Plaintiff,

-against-

JOT CARGO INC. and NAVJOTSINGH GHUMAN,

Defendants.

Index No.: 513986/2026

VERIFICATION

STATE OF CALIFORNIA )
COUNTY OF Sacramento )

I, Navjotsingh Ghuman, being duly sworn, state that I am a Defendant in the above-entitled action.

I have read the foregoing Answer and know the contents thereof.

The same is true to my knowledge, except as to matters stated to be alleged upon information and belief,

and as to those matters I believe them to be true.

Dated: 4/23/2026

_____
Navjotsingh Ghuman

Sworn to before me on this 23 day of April, 2026

_____        See attached
Notary Public                          Notary form for seal

Case 1:26-cv-02719    Document 1-4    Filed 05/06/26    Page 2 of 2 PageID #: 55

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Sacramento_

Subscribed and sworn to (or affirmed) before me on this _23_ day of _April 23_, 20 _26_, by _Navjotsingh Ghuman_ _____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ALEX N. AMARO
COMM. # 2465219
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES OCT. 3, 2027

(Seal)                    Signature _____

Verification - sworn statement