**SUPREME COURT OF THE STATE OF NEW YORK**
**IN AND FOR THE COUNTY OF KINGS**

**UNITED CAPITAL EXPERTS, LLC;**
*as Assignee of United First, LLC*,

Case No. **513986/2026**

Plaintiff,

**NOTICE OF FILING OF**
**NOTICE OF REMOVAL**

*~ versus ~*

**JOT CARGO, INC.**, *and*
**NAVJOTSINGH GHUMAN**,
,

Defendants,

**TO THE HONORABLE ADMINISTRATIVE JUDGE;**
**THE CHIEF CLERK OF THE COURT;**
**AND THE JUSTICES OF THE SUPREME COURT**
**OF THE STATE OF NEW YORK IN AND FOR THE COUNTY OF KINGS;**
**AND COUNSEL FOR THE PLAINTIFF:**

**PLEASE TAKE NOTICE** that on May 6, 2026, Defendants filed a Notice of Removal of this action before the United States District Court for the Eastern District of New York, a copy of which is annexed here as **Exhibit A**.

Defendants respectfully submit that pursuant to 28 U.S.C. § 1446, the filing of this Notice of Removal in the United States District, together with the filing of this Notice of Filing of Notice of Removal with this Court, effects the Removal of this action, and this Court may proceed no further unless and until this case is remanded.

Dated: **May 6, 2026**

RESPECTFULLY SUBMITTED,

By:

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
bg@gottesmanlegal.com
*Counsel for All Defendants*

*Served on all Parties via NYSCEF*