**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

**UNITED CAPITAL EXPERTS, LLC;**
as *Assignee of United First, LLC*,

Plaintiff,

~versus~

**JOT CARGO, INC., and NAVJOTSINGH GHUMAN,**

Defendants.

Case No. 1:26-cv-02719

---

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, United Capital Experts, LLC, is a New York limited liability company that is wholly owned by United First, LLC, a Florida limited liability company. United First, LLC is owned by trusts and the trustees of each of those trusts are citizens of the State of New York, not citizens of the State of California.

Respectfully Submitted,

KAMINSKI LAW, PLLC

___*/s/ Shanna M. Kaminski*___
Shanna M. Kaminski, Esq.
27-01 Queens Plaza North, Suite 802
Long Island City, New York 11101
(248) 462-7111
skaminski@kaminskilawpllc.com

*Counsel for Plaintiff*
*United Capital Experts, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May, 2026, I served the foregoing document via

electronic filing with the Clerk of the Court using the CM/ECF filing system.


                                     */s/ Shanna M. Kaminski*
                                     Shanna M. Kaminski, Esq.