Baruch S. Gottesman
Attorney and Counselor at Law

June 1, 2026

**Via ECF**
The Hon. District Judge Frederic Block
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Request for Virtual Appearance on June 9, 2026
or, in the alternative, to Adjourn Conference in
*United Capital Experts, LLC v. Jot Cargo Inc., et al.*
Case No. 1:26-cv-02719 (FB)

To the Honorable District Judge Block:

## I. Introduction

I have the honor to represent **Defendants Jot Cargo, Inc., and Navjotsingh Ghuman** in the matter of *United Capital Experts, LLC v. Jot Cargo Inc., et al.*, Case No. 1:26-cv-2719-FB. Pursuant to Rule I (D) of Your Honor's Individual Practice Rules and the practices of this Court, this Letter respectfully requests that the Conference currently scheduled for June 9, 2026, be conducted virtually, or – in the alternative – recessed until July 2026. Counsel for the Plaintiff consents to this request.

## II. Specific Information about this Request

**(1.) Original Date:**
Per ECF 11, this conference was scheduled for June 9, 2026 at 4:00 PM.

**(2.) and (3.) Previous Requests and Status:**
No Previous Requests have been made

**(4.) Position of Opposing Party:**
Opposing Counsel consents. They request that if a virtual appearance is permitted, that both sides be permitted to appear virtually. And that if it is recessed, that it be adjourned until July.

**III. Conclusion**

For these reasons we request that the Conference scheduled for June 9, 2026 be conducted virtually, or recessed until July. On behalf of my clients and my learned colleagues, Counsel for the Plaintiff, we thank the Court for their continuing attention to this matter.

RESPECTFULLY SUBMITTED,

Baruch S. Gottesman, Esq
*Counsel for Defendants*