Baruch S. Gottesman
Attorney and Counselor at Law

July 28, 2026

**Via PACER and**
**e-mail: <skaminski@kaminskilawpllc.com>**
Shanna M. Kaminski, Esq.
27-01 Queens Plazas North, Suite 802
Long Island City, NY 11101
Counsel for United Capital Experts, LLC

Re: Notice of Presentment of
Application for Order to Show Cause
United Capital Experts, LLC v. Jot Cargo, Inc., et ano.,
Case No. 1:26-cv-02719 (E.D.N.Y.)

Counsel:

I represent the Defendants in the matter of United Capital Experts, LLC *v.* Jot Cargo, Inc., *et ano*, Case No. 1:26-cv-02719 (E.D.N.Y.).

As I discussed with you by e-mail on July 27 and July 28, 2026; and attempted to do by voicemail left on July 28, 2026, earlier this month United First LLC sent ITS Logistics LLC a purported "Notice of Assignment". Doing so froze my client's relationship with ITS, which has been devastating and fatal to my client's ability to conduct business.

This purported Notice of Assignment was entirely invalid. The Plaintiff claimed in this case that United First LLC had assigned:

> "each and all of the UF's respective rights, title and interest, to the Purchase Agreement, and the remedies for same, as well as all other rights, claims, resources and resource . . . that may arise of or be related to the Purchase Agreement, against the Seller and/or its principals, agents, representatives, affiliates, parents, subsidiaries, heirs, assigns, vendors, contractors, subcontractors, insurers, accountants, attorneys and any and all other persons and entities in, under and by reason of the Purchase Agreement, to

> the fullest extent that such are assignment and whether or not previously demanded, asserted or exercised."
>
> Complaint at Exhibit C, ¶ 3(a)

You zealously argued for the completeness and validity of that assignment, *See* [Plaintiff's] Response to Defendants' Request for Conference (ECF 13).

You have not responded to my several efforts to reach you directly, nor have you confirmed that the purported Notice of Assignment will be immediately rescinded. That has left the Defendants no option but to seek judicial intervention in the nature of an Order to Show Cause to immediately enjoin any further attempt by United First, LLC to enforce an agreement to which–by their own account–they are not a party. In addition, the Defendants will seek direction from the Court that the purported Notice of Assignment should be immediately rescinded.

Therefore, **PLEASE TAKE NOTICE** the Defendants intend to submit to the **Court on July 30, 2026, at 9:00 A.M.**, or as such time as the matter may be accepted for filing and heard, an application through CM/ECF for the issuance of an Order to Show Cause. The proposed O.S.C. will seek to immediately enjoin United First, LLC, the Plaintiff and all associated parties from interfering in Defendants' relationship with ITS Logistics, LLC or any other third party. The application will be submitted for consideration to the Honorable District Judge Frederic Block at the Brooklyn Courthouse of the United States District Court for the Eastern District of New York, or the Miscellaneous Duty Judge to which the Clerk may assign the Motion.

To discuss this further, I can be reached any time today or tomorrow at baruchgottesman@gmail.com or by phone at (212) 401-6910.

Thank you for your attention to this matter.

RESPECTFULLY SUBMITTED,

By: 

Baruch S. Gottesman, Esq.
Gottesman Legal PLLC
11 Broadway, Suite 615

New York, NY 10004
Phone: (212) 401-6910
Fax: (212) 859-7307
bg@gottesmanlegal.com

*Served via NYSCEF on All Appearing Parties*