**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**UNITED CAPITAL EXPERTS, LLC**,

Plaintiff,

~ *versus* ~

**JOT CARGO, INC.**, *and*
**NAVJOTSINGH GHUMAN**,

Defendants,

~ *and* ~

**UNITED FIRST LLC**,

Non-Party

Case No.  **1:26-cv-02719**

*[PROPOSED]*
**ORDER TO SHOW CAUSE**

*[PROPOSED]* **ORDER TO SHOW CAUSE**

**UPON** reading and filing the annexed Affirmation of Navjotsingh Ghuman; Affirmation in Support by Counsel, and Memorandum of Law in Support, and all prior filings in this matter;

**NOW, on motion of** GOTTESMAN LEGAL PLLC, attorneys for Defendants:

**LET** Plaintiff United Capital Experts, LLC, and non-Party United First, LLC, their their attorneys, representatives and/or agents, show cause at the United States District Court in and for the Eastern District of New York, at the Courthouse located at Supreme Court of the State of New York, County of Kings, at the Courthouse thereof located at 225 Cadman Plaza East Brooklyn, NY 11201 at Courtroom _____, on the __th day of _____, 2026 at   :    AM/PM or as soon

thereafter as Counsel may be heard why an Order should not be issued directing the Plaintiff United Capital Experts, LLC and non-Party United First, LLC:

i.) To immediately terminate the purported Notice of Assignemnt pursuant to UCC § 9-406 dated July 9, 2026 issued by United First LLC to ITS Logistics LLC and all other Notices of Assignment purportedly issued by United First LLC to any Party at any time that claimed rights as against the Defendants;

ii.) To immediately terminate the purported Notice of Assignemnt pursuant to UCC § 9-406 dated July 29, 2026 issued by United Capital Experts, LLC to ITS Logistics LLC and all other Notices of Assignment purportedly issued by United Capital Experts, LLC to any Party at any time that claimed rights as against the Defendants;

iii.) To immediate turn over any funds diverted by ITS Logistics LLC or any other Party to United Capital Experts, LLC; United First LLC or any other related party at any time to the Jot Cargo Inc.;

iv.) To prohibit Plaintiff United Capital Experts, LLC and non-Party United First, LLC from re-filing any Notices of Assignment or any UCC-1 financing statement against Defendants unless and until expressly authorized by the Court;

v.) awarding the Defendants' costs, disbursements, and sanctions incurred in making this application;

vi.) awarding the Defendants the value of the damages incurred by the wrongly filed Notices of Assignment in an amount to be determined at inquest;

vii.) Imposing on the Defendants an undertaking in the amount of $1.00 to be deposited with the Clerk of the Court; *and*

viii.) for such other and further relief as to this Court seems just and proper.

**SUFFICIENT CAUSE APPEARING THEREFOR**, pending the hearing and determination of this application, it is hereby:

**(i.)** **ORDERED** that pending the resolution of this Order to Show Cause and a decision on this Motion, the Plaintiff United Capital Experts, LLC and non-Party United First, LLC is prohibited from filing any

Notices of Assignment or any UCC-1 financing statement against Defendants unless and until expressly authorized by the Court;

**(ii.)** **IT IS FURTHER ORDERED** that pending the resolution of this Order to Show Cause and a decision on this Motion, the Plaintiff United Capital Experts, LLC and non-Party United First, LLC shall immediately turnover any funds previously received (or received in the future) pursuant to any purported UCC filing to Jot Cargo Inc.;

**(iii.)** **IT IS FURTHER ORDERED** that Defendants shall serve a copy of this Order and the papers upon which it was based on the Plaintiff through CM/ECF and by e-mail to their Counsel of Record; and on non-Party United First, LLC by service on its registered agent or the Secretary of State of New York within ___ ( ) days of the issuance of this Order to Show Cause, which shall be deemed good and sufficient service;

**(iv.)** **IT         IS         FURTHER         ORDERED**

_____

_____

_____

_____

_____

_____

_____

_____

**ORDERED** that any Response by Plaintiff United Capital Experts, LLC and non-Party United First, LLC shall be made in writing and docketed on CM/ECF on or before the ___th day of _____, 2026; and any Reply shall be made in writing and docketed on CM/ECF on or before the ___the day of _____, 2026.

**E N T E R E D:**

_____

**Dated:**
**At:**