# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

**UNITED CAPITAL EXPERTS, LLC**,

      Plaintiff,

~ *versus* ~

**JOT CARGO, INC.**, *and*
**NAVJOTSINGH GHUMAN**,

      Defendants,

~ *and* ~

**UNITED FIRST LLC**,

      Non-Party

Case No.  **1:26-cv-02719**

---

**AFFIDAVIT BY DEFENDANTS**

**IN SUPPORT OF**

**DEFENDANTS' MOTION FOR A PRELIMINARY INJUNCTION
AND FOR EMERGENCY RELIEF TO RELEASE ACCOUNTS**

---

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

**UNITED CAPITAL EXPERTS, LLC,**

Plaintiff,

~ *versus* ~

**JOT CARGO, INC.,** *and*
**NAVJOTSINGH GHUMAN,**

Defendants,

~ *and* ~

**UNITED FIRST LLC,**

Non-Party

Case No. **1:26-cv-02719**

| | |
|---|---|
| **STATE OF CALIFORNIA** | ) |
| | ) *ss.* |
| **COUNTY OF SACRAMENTO** | ) |

The Undersigned Navjotsingh Ghuman, named as a Defendant and an authorized representative of Defendants Jot Cargo Inc. (referred to collectively here as "Defendants"), hereby respectfully declares[1] under penalty of perjury as follows:

### A. *Introduction*

1. I am over eighteen (18) years of age and resident at City and County of Sacramento in the State of California.

---

[1] 28 U.S. Code § 1746 Declaration Under Penalty of Perjury at conclusion of this Affidavit

2. I am authorized to make this Affidavit on behalf of myself as a named Defendant, and also on behalf of the Defendant Jot Cargo Inc.. As noted in the preamble, myself and the three corporations are referred to here collectively as the "Defendants" where appropriate.

3. Jot Cargo Inc. is a corporation organized and existing under the laws of the State of California.

4. I reside in California.

5. I am personally familiar with the facts and circumstances that I describe below. The basis for my information is my role at authorized officer of the Corporations, my personal knowledge as the individual who negotiated with the Plaintiff, and my review of the Company's books and records maintained in the ordinary course of business.

6. I understand that this Affidavit may be submitted by our Counsel in the above-captioned action in support of a Motion for a Preliminary Injunction and in support of an application for emergency relief.

7. The narrow purpose of this Affidavit is to address the factual basis for the Motions to be filed by our Counsel. It is not intended as a description of the full facts and circumstances relevant to this case or this Motion. Neither is this Affidavit intended to be a complete statement of the Defendants' defenses, objections, or rights.

8. This Affidavit was prepared on the basis of information that I provided our Counsel and was prepared by them as to style. I personally reviewed this Affidavit in full, personally attest to every factual allegation made in this Affidavit, and take personal responsibility for the factual representations made here.

9. I remain available to testify at any hearing that the Court may schedule and to otherwise supplement this Affidavit with any further information that the Court may find useful

in determining this Motion.

**B.      *In July 2026, United First LLC Purported to
         Execute on a Lien Arising from the Usurious Loan***

10.      I have learned that in July 2026, United First purported to execute on a lien arising from the usurious loan.

11.      Annexed as **Exhibit A** is a copy of information sent to me that contains the purported paperwork to execute on my accounts with ITS Logistics.

12.      I understand that United First had transferred all of its rights and interest in the usurious loan and had no authority to execute on the lien.

13.      Nevertheless, it did execute on the lien.

14.      The impact of the execution has been as follows:

a.      Unable to access my accounts receivable, causing an immediate cash flow crisis

b.      Unable to timely pay employee payroll, truck finance payments, insurance premiums, parking rent, fuel, maintenance, and other operating expenses

c.      Several freight brokers have frozen or withheld payments, placing my business and customer relationships at serious risk

d.      I built JOT Cargo Inc. by working day and night over the past approximately Six years. Without immediate access to my receivables, the business I worked so hard to build is now at risk of collapsing.

15.      This impact has made the continued operation and the survival of Jot Cargo,

Inc., a business that I have built over ___ years in doubt.

### C. In August 2026, United Capital Experts, LLC Purported to Execute on a Lien Arising from a Loan I had with them (I had no such loan)

16. I have learned that in August 2026, United Capital Experts, LLC purported to execute on a lien arising from the usurious loan.

17. Annexed as **Exhibit B** is a copy of material sent to ITS Logistics.

18. This paperwork claims that I have an agreement with United Capital Experts LLC and that United Capital Experts LLC had filed a lien against me and my company.

19. This is entirely untrue. The lien was filed by United First years ago, which now has no rights under the agreement. I never entered into any Agreement with United Capital Experts LLC.

20. The impact of any execution would be as follows:

   a. Further restriction of my receivables would prevent my company from meeting payroll and essential operating expenses.

   b. The continued withholding of receivables would make it impossible to continue normal business operations.

   c. My relationships with freight brokers, customers, lenders, and vendors are being damaged because payments are being withheld.

   d. The business I built by working day and night over the past approximately Six years is at risk of permanent closure if my receivables remain inaccessible.

21. This impact has made the continued operation and the survival of Jot Cargo,

*E.*     ***Reservation of Rights***

22.     This Affidavit is limited to the facts provided above and is not intended as a full statement of the facts and circumstances relevant to this case and the Motions to be filed.

23.     Nothing in this Affidavit is or is intended as an admission by the Defendants of infringement, liability, ownership, jurisdiction, or the accuracy of any allegation asserted by Plaintiff.  Defendants respectfully reserves all available defenses, objections, and rights.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 4th day of August, 2026.

**RESPECTFULLY SUBMITTED,**

By: _____
Navjotsingh Ghuman, named as a Defendant
and an authorized representative of Defendant Jot Cargo Inc.