UNITED FIRST LLC
2701 QUEENS PLZ N STE 802
LONG ISLAND CITY NY 11101-4023

0000146934
P1 T0 R215

1.260
ITS LOGISTICS LLC
50 W Liberty St Ste 401
Reno, NV 89501-1944

0000146934002150 1

00001469340021501



## UFCE
United First Capital Experts

### United First, LLC

**2999 NE 191st Street, Unit 901 Miami, FL 33180**
**Tel: (844) 909-0040, Fax: (973) 834-0065**
**Email: ar@ufcapitalexperts.com**

---

## NOTICE OF ASSIGNMENT PURSUANT TO UCC §9-406

---

*Please Review Carefully as Failure to Comply With this*
*Notice May Subject You to Monetary Liability*

July 09, 2026

**ITS LOGISTICS LLC,**

Re: **JOT CARGO INC.**
EIN: **845104232**
Address: **2510 WITTKOP WAY APT 43, Sacramento, CA 95825**

To Whom It May Concern:

Please be advised that **JOT CARGO INC.** ("Merchant") assigned **$366,030.00** of accounts to **United First, LLC** pursuant to a purchase agreement attached for your reference ("Agreement"). United First, LLC has a security interest in the accounts assigned to it by Merchant pursuant to Article 9 of the Uniform Commercial Code that has been perfected as reflected by the attached UCC-1 Financing Statement and/or pursuant to UCC §9-309. As of the date of this notice, a total of $162,361.37 of accounts assigned by Merchant to United First, LLC have not been collected by United First, LLC ("Outstanding Receivables Amount"), which includes fees United First, LLC is entitled to pursuant to the Agreement.

United First, LLC understands that you are an account debtor of Merchant. As an account debtor of JOT CARGO INC., pursuant to UCC §9-406(a), upon receipt of this notice, you are obligated to pay any amounts due or may become due to JOT CARGO INC. to United First, LLC up to the Outstanding Receivables Amount. **After receipt of this Notice, making payment to Merchant rather than United First, LLC of any amount presently due or that may become due to JOT CARGO INC. rather than paying such amounts to United First, LLC may result in you being liable for payment to United First, LLC for any such amount paid to Merchant.**

Payment can be made to United First, LLC by mailing a check to:

**United First, LLC**
**27-01 Queens Plaza North, Suite 802**
**Long Island City, NY 11101**

Should you have any questions or concerns regarding this Notice, please do not hesitate to contact us at and of the following numbers:
Tel: (844) 909-0040, Fax: (973) 834-0065

Sincerely,

United First, LLC





# Secretary of State

**Business Programs Division**
1500 11th Street, Sacramento, CA 95814

CORPORATION SERVICE COMPANY
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DR
SPRINGFIELD, IL 62703

November 29, 2024 6:23 AM

File No.:   U240091828329

## Lien Acknowledgment

This acknowledges the filing of the attached Lien document relavant to the information below. To access free copies of filed UCC documents, enter the File No. above in the Search module on the UCC Online web portal at bizfileonline.sos.ca.gov/search/ucc.

### DEBTOR INFORMATION
| | |
|---|---|
| Debtor Name: | JOT CARGO INC. |
| Debtor Address: | 2510 WITTKOP WAY APT 43 |
| | SACRAMENTO, CA 95825 |

### SECURED PARTY INFORMATION
| | |
|---|---|
| Secured Party Name: | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE |
| Secured Party Address: | PO BOX 2576 UCCSPREP@CSCGLOBAL.COM |
| | SPRINGFIELD, IL 62708 |

### FILING INFORMATION
| | |
|---|---|
| Lien Type: | UCC |
| Lien File No.: | U240091828329 |
| File Date: | 11/29/2024 6:18 AM |
| Lapse Date: | 11/29/2029 11:59 PM |



 

U240091828329

B3227-9633 11/29/2024 6:19 AM Received by California Secretary of State



## STATE OF CALIFORNIA
*Office of the Secretary of State*
## UCC FINANCING STATEMENT (UCC 1)
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U240091828329 |
| Date Filed: 11/29/2024 |

**Submitter Information:**

| | |
| --- | --- |
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

**Debtor Information:**

| Debtor Name | Mailing Address |
| --- | --- |
| JOT CARGO INC. | 2510 WITTKOP WAY APT 43 SACRAMENTO, CA 95825 |

**Secured Party Information:**

| Secured Party Name | Mailing Address |
| --- | --- |
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | PO BOX 2576 UCCSPREP@CSCGLOBAL.COM SPRINGFIELD, IL 62708 |

**Indicate how documentation of Collateral is provided:**
Entered as Text

**Description:**
Secured Party has purchased an interest in and was assigned accounts and proceeds from Debtor described as "Future Receipts" in the agreement between Debtor and Secured Party and, as a result, Secured Party as a security interest in such Future Receipts. "Future Receipts" means all accounts receivable and payment rights, including payments made to Debtor in cash or by check, ACH, or other electronic transfer, credit card, debit card, bank card, charge card, or other form of monetary payment, in the ordinary course of Debtor's business. Debtor and Secured Party intend that the sale of Future Receipts is a sale and not an assignment for security.

**Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:**
Not Applicable

**Select an alternate Financing Statement type:**

**Select an additional alternate Financing Statement type:**

**Select an alternative Debtor/Secured Party designation for this Financing Statement:**

**Optional Filer Reference Information:**
2985 44678

# UNITED FIRST

## United First, LLC 340098

2999 NE 191st Street, Unit 901 Miami, FL 33180
Tel: (877) 253-7686, Fax: (718) 504-3736
Email: underwriting@globalfundingexperts.com

## Purchase and Sale of Future Receipts Agreement

### SELLER'S INFORMATION:

| | |
|---|---|
| Seller's Legal Name: | JOT CARGO INC. |
| D/B/A: | JOT CARGO INC. |
| State of Incorporation: | CA |
| Type of Business Entity: | Corporation |
| Federal Tax ID: | 84-5104232 |
| Physical Address | 2510 WITTKOP WAY APT 43, Sacramento, CA, 95825 |
| Mailing Address | 2510 WITTKOP WAY APT 43, Sacramento, CA, 95825 |
| Primary Contact: | ███████████████ |
| Primary Phone Number: | ███████ |

### SELLER'S BUSINESS BANK ACCOUNT:

| | |
|---|---|
| Name of Bank: | ████████████ |
| ABA Transit/Routing #: | ███████ |
| Checking Account #: | ████████ |

This Purchase and Sale of Future Receipts Agreement ("Agreement") is made by and between United First, LLC 340098 located at 2999 NE 191st Street, Unit 901 Miami, FL 33180 ("Buyer"), the business identified above ("Seller"), and each Guarantor signing below (each a "Guarantor").

### OFFER TO SELL AND PURCHASE PAYMENT RIGHTS:

Seller hereby sells, assigns and transfers to Buyer, without recourse, the Purchased Amount and will deliver the Specified Percentage of the proceeds of each future sale made by Seller (collectively "Future Receipts") in accordance with this Agreement. "Future Receipts" means all remittances received by Seller, or its right to receive such remittances, in the ordinary course of Seller's business, including but not limited to (a) remittances made by cash, check, Automated Clearing House ("ACH") or other electronic transfer; (b) remittances, or rights to remittances, made by credit card, debit card, bank card, charge card (each such card shall be referred to herein as a "Payment Card"); (c) accounts and remittance intangibles; and (d) remittances made by any other form. As remittance for the Purchased Amount, Buyer will deliver to Seller the Purchase Price, shown below, minus any fees shown below.

| | |
|---|---|
| **Purchase Price:** The purchase of Future Receipts may occur in a series of transactions called "Increments". The "Purchase Price" is the amount Buyer will pay for the Future Receipts if all Increments are released. See the Increment Schedule – Special Agreement for details. | $249,000.00 |
| **Purchased Amount of Future Receipts:** The "Purchased Amount" is the amount of Seller's Future Receipts Buyer will purchase from Seller. If Buyer does not complete all the Increments, the actual Purchased Amount will be less than this Purchased Amount. This amount does not include any accrued fees. | $366,030.00 |
| **Origination Fee (Deducted from Purchase Price):** | $599.00 |
| **Net Amount Funded to Seller*:** | $248,401.00 |
| **Seller's Average Monthly Revenue:** | $182,659.02 |
| **Specified Percentage:** | 23% |
| **Periodic Amount** & Frequency***:** | $10,167.00 / Weekly |
| **Initial Estimated # of Payments:** | 36 |

* This is the Purchase Price less the Origination Fee if all Increments are released.
** Refer to Section 2 of this Agreement for how the Periodic Amount can be changed.
*** Refer to Section 1 of this Agreement for how the Frequency can be changed.

Seller has 7 calendar days after the "Contract Creation Date" to review and accept this Agreement by signing and returning the signed Agreement to Buyer. The obligation of Buyer under this Agreement will not be effective unless and until Buyer has completed its review of the Seller and has accepted this Agreement by delivering the Net Amount Funded, shown above, to Seller. Prior to accepting this Agreement, Buyer may conduct a processing trial to confirm its access to Seller's Business Bank Account, shown above (the "Account") and the ability to withdraw the Periodic Amount. If the processing trial is not completed to the satisfaction of Buyer, Buyer will refund to Seller all funds that were obtained by Buyer during the processing trial.

000014693400021505



THE "PURCHASE AND SALE OF FUTURE RECEIPTS AGREEMENT TERMS AND CONDITIONS", THE "APPENDIX A", AND THE "AUTHORIZATION AGREEMENT FOR AUTOMATED CLEARING HOUSE TRANSACTIONS" ARE ALL HEREBY INCORPORATED IN AND MADE A PART OF THIS PURCHASE AND SALE OF FUTURE RECEIPTS AGREEMENT.

**Agreement of Seller & Each Guarantor:** By signing below, each of the Seller(s) and each of the Guarantor(s) agrees to the terms and conditions contained in this Agreement, including those terms and conditions on the following pages, and further agrees that this transaction is for business purposes and not for personal, family, or household purposes.

| SELLER: | JOT CARGO INC. | Business Address: | 2510 WITTKOP WAY APT 43, Sacramento, CA, 95825 |
|---|---|---|---|
| Signatory & Title: | ██████████ President | Signature: | *[signature]* |
| Federal Tax ID: | 84-5104232 | Business Phone No.: | ██████████ |
| Business Email: | ██████████ | Text Messaging Enabled No.: | ██████████ |

<u>Notice</u>: This Agreement contains a Personal Guaranty of Performance, and by signing below, Guarantor agrees that Guarantor will be personally liable for the prompt and complete performance of the Guaranteed Obligations as described in the Personal Guaranty of Performance section below.

| GUARANTOR (#1) | | Home Address: | 2510 wittkop way apt 43 sacramento ca 9 |
|---|---|---|---|
| Full Name: | ██████████ | Signature: | *[signature]* |
| Social Security No: | ██████████ | Email: | ██████████ |
| Driver License No: | ██████████ | Cell Phone No.: | ██████████ |



## United First, LLC

**2999 NE 191st Street, Unit 901 Miami, FL 33180**
**Tel: (844) 909-0040, Fax: (973) 834-0065**
**Website: https://ufcapitalexperts.com/ / Email: ar@ufcapitalexperts.com**

July 9, 2026

NAVJOTSINGH GHUMAN
JOT CARGO INC.
2510 WITTKOP WAY , APT 43
Sacramento, CA 95825

To Whom It May Concern:

Based on the Purchase and Sale of Future Receipts Agreement(s) ("Agreement(s)") between United First, LLC ("Purchaser") and JOT CARGO INC. ("Merchant") and NAVJOTSINGH GHUMAN ("Owner/Guarantor"), as of July 9, 2026:

    <u>Account #340098 (JOT CARGO INC.)</u>:
      - Total Outstanding Receivable Amount*: $162,361.37

    * The amounts include <u>uncleared</u> remittances deducted from the outstanding receivable amount, subject to verification and fund availability.

**<u>Wire Instruction:</u>**
Bank Name: Chase Bank
Address: 187-15 Union Tpke, Flushing, NY 11366
Account Name: United First, LLC
Account Number: 927188935
Routing: 021000021

**For security purposes, please call the phone number above to verify wire instructions before transferring any funds. Do not rely on email instructions alone. We will not be responsible for any fraudulent transactions resulting from email communications.**

Merchant and Owner/Guarantor must continue to make scheduled remittances until the final remittance has been received, cleared, or posted to the account(s).

**DO NOT PLACE A STOP PAYMENT UNTIL PURCHASER HAS PROVIDED A <u>FINAL REMITTANCE CONFIRMATION.</u>**

ANY STOP PAYMENTS BEFORE FINAL REMITTANCE IS CONFIRMED WILL PLACE THE OWNER/GUARANTOR IN A BREACH OF CONTRACT STATUS, RESULTING IN A DEFAULT FEE PER APPENDIX A OF THE AGREEMENT.

Once the final remittance is posted to any open account(s) between Purchaser, Merchant and Owner/Guarantor, the Purchaser will perform a financial audit to such account(s). If the Purchaser identifies any excess remittance during the audit, the Purchaser will refund the same to the Merchant. Additionally, the Purchaser will initiate the termination of the UCC filing only after all open account(s) associated with the Merchant and Owner/Guarantor are officially closed.

We appreciate your cooperation and we thank you for choosing us as your financing partner.

Sincerely,

United First, LLC
Tel: (844) 909-0040, Fax: (973) 834-0065
Email: ar@ufcapitalexperts.com

